## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **MOUNTAGA BAH** | * | |
| and | * | |
| **MICHELLE JOHNSON BAH,** | * | |
| Plaintiffs, | * | |
| v. | * | Case No.: RWT 08cv3429 |
| **WELLS FARGO BANK, N.A., ET AL,** | * | |
| Defendants. | * | |

## <u>ORDER</u>

Upon consideration of Defendants Wells Fargo Bank, N.A. and Wells Fargo Bank West, N.A.'s Motion To Dismiss Second Amended Complaint [Paper No. 33], Defendant Real Time Resolutions, Inc.'s Motion To Dismiss Second Amended Complaint [Paper No. 34], Plaintiff Mountaga Bah's Suggestion Of Bankruptcy and Request for Stay of Proceedings [Paper No. 45], and Defendants Wells Fargo Bank, N.A. and Wells Fargo Bank West, N.A.'s Motion For Sanctions [Paper No. 32], and any oppositions and replies thereto, and the argument of counsel, it is for the reasons stated in the record this 22nd day of September, 2009, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendants Wells Fargo Bank, N.A. and Wells Fargo Bank West, N.A.'s Motion To Dismiss Second Amended Complaint [Paper No. 33] is **GRANTED**; and it is further

**ORDERED**, that Defendant Real Time Resolutions, Inc.'s Motion To Dismiss Second Amended Complaint [Paper No. 34] is **GRANTED**; and it is further

**ORDERED**, that Plaintiff Mountaga Bah's Suggestion Of Bankruptcy and Request for Stay of Proceedings [Paper No. 45] is **DENIED**, and it is further

**ORDERED**, that Defendants Wells Fargo Bank, N.A. and Wells Fargo Bank West, N.A.'s Motion For Sanctions [Paper No. 32] is **DENIED**, and it is further

**ORDERED**, that the Second Amended Complaint is dismissed, and it is further

**ORDERED**, that judgment for costs be entered in favor of all Defendants, and it is further

**ORDERED**, that clerk of the court is directed to close this case.

/s/
_____
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE
