IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| MOUNTAGA BAH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 8:08-cv-03429-RWT |
| v. ) | |
| ) | |
| WELLS FARGO BANK, N.A., *et al.*, ) | Notice of Appeal |
| ) | |
| Defendants. ) | |
| ) | |

Notice is hereby given that all Plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the Fourth Circuit, from:

the rulings dated September 22, 2009 that the above-named case was not subject to a statutory stay due to Plaintiff's bankruptcy, and the Order entered September 23, 2009 [paper no. 52, page 2, lines 1-2] as to "Plaintiff Mountaga Bah's Suggestion of Bankruptcy and Request for Stay of Proceedings [Paper No. 45]"; and

the rulings dated September 22, 2009 and the Order entered September 23, 2009 [paper no. 52] insofar as Defendants' motions to dismiss the Second Amended Complaint were granted and the Second Amended Complaint was dismissed.

Date:   October 21, 2009    Respectfully submitted,

/s/ Mary E. Goulet

_____
Mary E. Goulet (Bar No. 06817)
Whitham, Curtis, Christofferson & Cook, P.C.
11491 Sunset Hills Road, Suite 340
Reston, Virginia 20190
(703) 787-9400 (voice)
(703) 787-7557 (fax)
Mary@wcc-ip.com

1

**CERTIFICATE OF SERVICE**

  I certify that on this 21st day of October, 2009, I caused the foregoing NOTICE OF APPEAL to be electronically filed.

             /s/ Mary E. Goulet
             _____
             Mary E. Goulet (Bar No. 06817)
             Whitham, Curtis, Christofferson & Cook, P.C.
             11491 Sunset Hills Road, Suite 340
             Reston, Virginia 20190
             (703) 787-9400 (voice)
             (703) 787-7557 (fax)
             Mary@wcc-ip.com